```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DANIEL MILLER, RANDY COLON,
HUGH SMITH, EDWARD VAIANA,
ELVI RODRIGUEZ, and TYRON MAYNOR,

                    Plaintiffs,

          -against-

COUNTY OF NASSAU, MICHAEL J.
SPOSATO, Sheriff of Nassau County,
ARMOR CORRECTIONAL HEALTH, INC.,
DR. KAY, M.D., DR. OMANU, M.D.,
DR. VINCENT MANETTI, M.D.,
NURSING ADMINISTRATOR HAILEY,
DR. SANTARELLI, DDS,

                    Defendants.
----------------------------------X
```

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★ NOV 20 2012 ★

LONG ISLAND OFFICE

ORDER
12-CV-4466(JS)(WDW)

APPEARANCES
For Plaintiff:     Daniel Miller, 12003565, pro se
                   Randy Colon, 11004724, pro se
                   Edward Vaiana, 11006713, pro se
                   Elvi Rodriguez, 12005521, pro se
                   Tyron Maynor, 11009446, pro sSe
                   Nassau County Correctional Center
                   100 Carman Ave.
                   East Meadow, NY 11554

                   Hugh Smith, 12006323, pro se
                   Downstate Correctional Facility
                   Box F
                   Red Schoolhouse Road
                   Fishkill, NY 12524-0445

For Defendants:    No Appearances

SEYBERT, District Judge:

          Incarcerated pro so plaintiffs Daniel Miller ("Miller"), Randy Colon ("Colon"), Hugh Smith ("Smith"), Edward Vaiana ("Vaiana"), Elvi Rodriguez ("Rodriguez"), and Tyron Maynor ("Maynor") filed an in forma pauperis Complaint on September 6, 2012, together with applications to proceed in forma pauperis for

each plaintiff. By Order dated October 4, 2012, the Court granted the in forma pauperis applications of Colon, Smith, Vaiana, Rodriguez, and Maynor and denied the application of Miller pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). Miller was directed to pay his pro rata share of the $350.00 filing fee within fourteen (14) days of the date of the October 4, 2012 Order and was warned that failure to do so would lead to dismissal of the Complaint. (See Order, dated October 4, 2012, Seybert, D.J.) To date, Miller has not paid the fee nor has he otherwise communicated with the Court with regard to this case. Accordingly, Miller's claims are now DISMISSED without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: November 20, 2012
Central Islip New York